UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

vs.                                                                  CRIMINAL NO. 1:06CR27KS

KENDRICK SILAS                                                                  DEFENDANT

## ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#338] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on November 13, 2006, is hereby remitted.

SO ORDERED, this the   14th   day of  April,  2017.


                                                      s/Keith Starrett
                                           HONORABLE KEITH STARRETT
                                           UNITED STATES DISTRICT JUDGE